1

2

3                  UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

6    STEVEN WAYNE BONILLA,                Case Nos.  20-cv-07866-PJH
                                                     20-cv-07867-PJH
7              Plaintiff,                             20-cv-07868-PJH
                                                     20-cv-07963-PJH
8         v.                                         20-cv-07964-PJH
                                                     20-cv-07965-PJH
9    BRIAN ROSS ARONSON, et. al.,                    20-cv-07966-PJH
                                                     20-cv-07968-PJH
10             Defendants.                            20-cv-07971-PJH
                                                     20-cv-08002-PJH
11                                                   20-cv-08004-PJH
                                                     20-cv-08005-PJH
12                                                   20-cv-08006-PJH
                                                     20-cv-08007-PJH
13                                                   20-cv-08008-PJH
                                                     20-cv-08024-PJH
14                                                   20-cv-08025-PJH
                                                     20-cv-08026-PJH
15                                                   20-cv-08220-PJH
                                                     20-cv-08221-PJH
16                                                   20-cv-08222-PJH
                                                     20-cv-08223-PJH
17                                                   20-cv-08224-PJH
                                                     20-cv-08225-PJH
18

19

20                                       **ORDER DISMISSING MULTIPLE
                                         CASES WITH PREJUDICE**
21

22

23        Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

24   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

25   petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

26   YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

27   *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1   In these civil rights cases plaintiff presents nearly identical complaints and claims.

2   He seeks relief regarding his underlying conviction or how his various pro se habeas

3   petitions and other cases were handled by the state and federal courts.

4   To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

5   he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

6   "under imminent danger of serious physical injury" at the time he filed his complaint.  28

7   U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

8   No. 13-0951 CW.

9   The allegations in these complaints do not show that plaintiff was in imminent

10  danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

11  IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

12  U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

13  *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

14  828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

15  prejudice.

16  The clerk shall terminate all pending motions and close these cases.  The clerk

17  shall return, without filing, any further documents plaintiff submits in these closed cases.

18  **IT IS SO ORDERED.**

19  Dated: December 1, 2020

20

21  */s/ Phyllis J. Hamilton*

22  PHYLLIS J. HAMILTON
    United States District Judge

23

24

25

26

27

28